IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01964-MSK-PAC

JEFFREY M. SALAZAR, for himself and all similarly situated,

    Plaintiff,

v.

SPRINT CORPORATION,

    Defendant.

_____

**ORDER TO CLOSE CASE**
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

                                  **BY THE COURT:**

                                  _____

                                  Marcia S. Krieger
                                  United States District Judge